**FILED**

JUN - 4 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Derian Douglas Hickman, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 0922** |
| | ) | |
| Alderson Court Transcripts Service for the | ) | |
| Supreme Court et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MEMORANDUM OPINION

Plaintiff, proceeding pro se, has filed a complaint and an application to proceed in forma pauperis. The application will be granted and the complaint will be dismissed.

Complaints filed by pro se litigants are held to less stringent standards than are formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nonetheless, pro se plaintiffs must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure states the minimum requirements for complaints. Fed. R. Civ. P. 8(a). Rule 8(a) requires that a complaint contain a short and plain statement of the grounds upon which federal jurisdiction rests, a short and plain statement showing that the plaintiff is entitled to relief, and a demand for judgment for the relief sought. The minimum requirements Rule 8 imposes are designed to provide defendants with sufficient notice of the claim or claims being asserted in order to allow defendants to prepare a responsive answer and an adequate defense, and to determine whether the doctrine of res judicata applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Further, compliance

with Rule 8(a)'s requirements should provide a court with sufficient information to determine whether it has jurisdiction over the claims.

In its entirety, this one-page pro se complaint against six defendants, including the United States Patent and Trademark Office, the "Derian Douglas Hickman Archives," and the "DC Public Librarys" [sic], states as follows:

> Above company and agencies withholding documents needed for verification of previous business ownership, building ownership, payment, collection dependent on verification of documents. Also withholding documents about private property ownership needed to pay taxes. Also needed to collect royalty fees for trademark or patent use or copy right use. Reference previous filings and attachments. Asking for trial by jury. Requesting documents and amount due.

Complaint at 1 (punctuation and spelling altered). This complaint does not present any factual allegations that would support a claim against the defendants named, and thus does not include a "short and plain statement showing that the plaintiff is entitled to relief," Rule 8, or provide the defendants with sufficient notice of the claims against them. Accordingly, the complaint will be dismissed with leave to amend for failure to comply with the requirements of Rule 8.

A separate order accompanies this memorandum opinion.

Date: 6/19/10

United States District Judge